AO 442 (Rev. 11/11) Arrest Warrant         10876198

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Greg Citizen aka Red | ) Case No. 1:18cr5-13 |
| | ) |
| Defendant | ) |

RECEIVED
2019 MAY -3 PM 4:10
UNITED STATES MARSHAL
EASTERN DISTRICT OF TEXAS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GREG CITIZEN aka RED

who is accused of an offense or violation based on the following document filed with the court:

☐ SEALED Indictment   ☑ SEALED Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 Conspiracy to possess with intent to distribute Cocaine HCL
18 USC 1956(h),(i) Conspiracy to launder monetary instruments

Date:   5/3/19

                                        *David A. O'Toole*
                                        Issuing officer's signature

City and state:   Beaumont, TX          David A. O'Toole, Clerk of Court
                                        Printed name and title

---

**Return**

This warrant was received on *(date)* 6-9-25, and the person was arrested on *(date)* 8-20-25
at *(city and state)* Crowley, LA

Date: 8-20-25
                                        *Robert A. Smith*
                                        Arresting officer's signature

                                        Robert A. Smith  DUSM
                                        Printed name and title

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 21 2025

BY
DEPUTY_____